# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT MELANCON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-5877** |
| **KELLY WARD, WARDEN** | **SECTION "B"(2)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Robert Melancon for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and the petition **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 19th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE